IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 19 2020
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| LAL NUN MAWIA, ET AL., | § § § | |
| Plaintiffs, | § | |
| VS. | § § | NO. 4:19-CV-603-A |
| SUMO SUSHI LLC, ET AL., | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the court's order signed this date,

The court ORDERS, ADJUDGES, and DECREES that plaintiff Lal Nun Mawia have and recover from defendants, Sumo Sushi LLC and Joong Tuetkin, jointly and severally, the sum of $78,967.63 plus post-judgment interest thereon at the rate of 0.38%, computed daily on the unpaid balance from the date of entry of this judgment until the full amount of the judgment is paid, and compounded annually.

The court further ORDERS, ADJUDGES, and DECREES that plaintiff Vung San Dim have and recover from defendants, jointly and severally, the sum of $4,329.67 plus post-judgment interest thereon at the rate of 0.38%, computed daily on the unpaid balance from the date of entry of this judgment until the full

amount of the judgment is paid, and compounded annually.

SIGNED March 19, 2020.

_____
JOHN McBRYDE
United States District Judge